Robert C. Morris, as Trustee in Bankruptcy, etc., of Patrick J. Kieran, Appellant, v. Windsor Trust Company, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to withdraw demurrer and to reply on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Ingraham, P. J., and Clarke, J., dissented as being controlled by the case of *Hanover National Bank* v. *Suddath, No. 2* (215 U. S. 123).

The People of the State of New York, Respondent, v. Giuseppe Masseria, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John Guildford, Appellant, v. George Backer Construction Company and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles P. Kimmey, Appellant, v. Yorkville Independent Hygeia Ice Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The Stewart Iron Works Company, Respondent, v. Ocean View Cemetery and Others, Appellants, Impleaded with Another.— Judgment affirmed, with costs, with leave to defendants to withdraw the demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Dudleigh C. Collins, Appellant, v. Alfred C. Lordly, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Annie Hennessy, as Administratrix, Appellant, v. Interborough Rapid Transit Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Laughlin, J., dissented.

The People of the State of New York ex rel. Thomas F. O'Connor, Relator, v. Douglas I. McKay, as Police Commissioner, etc., Respondent. — Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Godfrey Knoche, Appellant, v. Bohemian American Workingmen's Gymnastic Association (Sokol), Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Laughlin, J., dissented.

Margaret P. Havery, Appellant, v. Alfred Wagstaff, as Executor, etc., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.